In the Matter of the Claim of JOHN LAPP and Another, Respondents, against CHARLES NOBLE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that, while the finding as to an accidental injury arising out of and in the course of the employment is supported by a fair inference from the facts proved (*Matter of Norris* v. *N. Y. C. R. R. Co.*, 246 N. Y. 307), and the finding as to dependency has some evidence to

sustain it, the employment in which deceased was injured was seasonal and his average weekly wages should have been determined under subdivision 3 of section 14 of the Workmen's Compensation Law. (*Gruber* v. *Kramer Amusement Corp.*, 207 App. Div. 564.) Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ., concur.

In the Matter of the Claim of MAX JACOBSON, Respondent, against SHINDLER's PRAIRIE HOUSE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. —Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of BECKIE DORFMAN, Respondent, against HYMAN LEVINE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.